FILED
CHARLOTTE, N. C.
JUL 2 8 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06CR35-V |
| | ) | |
| | ) | ORDER TO UNSEAL |
| v. | ) | BILL OF INDICTMENT, |
| | ) | |
| JAMES PATRICK RICHARDSON ET AL. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Bill of Indictment numbered above; and

IT APPEARING to the Court that said reasons for sealing the Bill of Indictment no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-numbered case be unsealed.

This the 28th day of July, 2006.

RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE