IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 5:06CR35-12 |
| | ) | |
| ROSS LANCE PRICE | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion to Modify Terms of Pretrial Release (document #210) filed by the defendant, Ross Lance Price, on March 14, 2007. In his motion, the defendant seeks a modification of his terms of pretrial release striking the curfew condition and allowing the defendant to reside with his wife, Patricia Dawn Abshire. The government does not oppose the requested bond modification.

**IT IS THEREFORE ORDERED** that the defendant's Motion to Modify Terms of Pretrial Release is hereby granted.

**IT IS FURTHER ORDERED** that the defendant's terms of pretrial release are modified to strike the curfew condition and to allow the defendant to reside with his wife, Patricia Dawn Abshire.

Signed: March 15, 2007

David C. Keesler
United States Magistrate Judge